**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF PUERTO RICO**

IN RE:                                                                  CASE NO. 19-04547-BKT

GIOVANNI MARIN IRIZARRY
WALESKA OLIVO SANTIAGO                                  CHAPTER 13


DEBTOR(S)
_____/

**MOTION TO INFORM**

TO THE HONORABLE COURT:

COMES NOW, DEBTOR, represented by the undersigned counsel and respectfully informs as follows:

1. It is informed to this Honorable Court that on in this date Debtor sent to the Chapter 13 Trustee the marriage certificate as requested at the 341 meeting of creditors via UDP system.

**WHEREFORE** it is informed to this Honorable Court to take notice of the above mentioned and grant any relief it deems just and proper.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this same date, I electronically filed the above document with the Clerk of the Court using the CM/ECF System which will send a notification, upon information and belief, of such filing to the followings: THE UNITED STATES TRUSTEE.

**RESPECTFULLY SUBMITTED**

IN SAN JUAN, PUERTO RICO, this 12th day of September 2019.

**THE BATISTA LAW GROUP, PSC**
Jesus E. Batista 227014
PO BOX 191059
SAN JUAN PR 00919
Telephone: (787) 620-2856
Facsimile: (787) 620-2854
E-mail: jeb@batistasanchez.com
/s/ Jesus E. Batista, Esq.