52

# UNITED STATES BANKRUPTCY COURT FOR THE
# DISTRICT OF PUERTO RICO
## MINUTES OF HEARING

**Hearing Information**

| | | | |
|---|---|---|---|
| Debtor(s): | GIOVANNI MARIN IRIZARRY and WALESKA OLIVO SANTIAGO | Case Number: | 19-04547-BKT13 |
| | | Chapter: | 13 |
| Date / Time / Room: | 01/30/2020 at 9:00 AM | Courtroom: | COURTROOM 1 |
| Bankruptcy Judge: | Hon. BRIAN K. TESTER | Reporter/ECR: | GRACIELA MUNIZ |
| Courtroom deputy: | CARMINA ROSADO LOZA | | |

**Matter:**
Confirmation Hearing

**Appearances:**
☐ Debtor     ☑ Trustee:
☑ Debtor's Attorney     ☐ Creditors/Others:

**Proceedings and ORDER:**

☐ Plan Dated _____ (Dkt. # ____) is CONFIRMED (separate order to be entered).

☐ Plan Dated _____ (Dkt. # ____) is NOT CONFIRMED. LBR 3015-3 applies. [Due by: _____] or Extended to ____ days [Due by: _____]. If an amended plan is filed within the due date that is favorably recommended by the Trustee and with no objection filed, the amended plan will be confirmed without a further hearing. However, if unfavorably recommended and/or an objection is filed, a new confirmation hearing will be scheduled.

☐ Favorably recommended in open Court.    ☐ Attorney's Fees: $3,000.00 or Other: $ _____.

☐ The amended plan dated _____ (Dkt. # ____) is confirmed, but the entry of the order is held until the time to file objections to the Application for Compensation filed at docket # _____ has elapsed. If no opposition is filed, the application will be approved and the order confirming plan will be entered.

☐ Plan dated _____ (Dkt. # ____) is confirmed, if no objections filed within the 21 days objection period. Clerk to follow-up.

☐ Trustee is allowed 21 days to recommend plan dated _____ (Dkt. # ____). If favorably recommended and no objections filed, the plan will be confirmed without further notice or hearing. Otherwise, a new confirmation hearing will be scheduled. Clerk to follow-up.

☐ Motion dismiss filed by _____ (Dkt. # ____) is: ☐ Granted ☐ Denied ☐ Withdrawn ☐ Moot.

☐ Debtor[s]' request for conversion to Chapter 7 is hereby granted. ☐ The $25.00 conversion fee shall be paid to the Clerk from the funds held by the Chapter 13 trustee.

☐ Debtor[s]' request for dismissal of the instant case is hereby granted.

☑ Confirmation Hearing is continued to: *March 26, 2020 - 9:00 AM*
    Deadline to Object to Confirmation of the Plan: L.B.R.3015-3.

☐ Other:

/S/ BRIAN K. TESTER
U.S. Bankruptcy Judge