IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE No.: 19-04547 (BKT) |
| **GIOVANNI MARIN IRIZARRY** <br> **WALESKA OLIVO SANTIAGO** | CHAPTER 13 |
| Debtors | |
| FIRSTBANK PUERTO RICO | |
| Movant | |

**REQUEST FOR OBJECTION TO THE CONFIRMATION**
**(docket no. 16) TO *BE HELD IN ABEYANCE***

TO THE HONORABLE COURT:

COMES NOW Movant FIRSTBANK Puerto Rico, through its undersigned attorney and very respectfully states and preys:

1. Debtors filed the instant petition for relief under the provisions of Chapter 13 of the Bankruptcy Code (11 U.S.C. §1301 *et seq.*) August 9, 2019.

2. Movant filed an unsecured proof of claim no. 4 in the amount of $45,047.00 as owner of a 2018 Honda CR-V leased to joint Debtor, including a residual payment of $11,869.00 due on January 5, 2024.

3. On September 27, 2019 Movant filed an *Objection to the confirmation* (docket no. 16) against plan dated August 9, 2019 (docket no. 2) for its lack of compliance with the *adequate assurance of future performance* required by 11 U.S.C. §365 and requesting insurance for the leased vehicle.

4. The amended plan dated January 30, 2020 (docket no. 19) did not take care of the issues raised by Firstbank PR in its objection to confirmation (docket no. 16). Therefore, appearing creditor respectfully requests this Honorable Court to hold its *Objection to confirmation* (docket no. 16) *in abeyance* until the next hearing on confirmation.

5. Appearing creditor does not waive any other right under 2005 *B.A.P.C.A.*

WHEREFORE, FIRSTBANK Puerto Rico respectfully requests this Honorable Court to grant this

Request for Objection *to be held in abeyance*  2
FIRSTBANK Puerto Rico

---

motion and deny the confirmation of the proposed chapter 13 plan.

## NOTICE

Within fourteen (14) days after service as evidenced by the certification, and additional three (3) days pursuant to Fed. R. Bankr. P. 9006 (f) if you were served by mail, any party against whom this paper has been served, or any party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's Office Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise. Local Bankruptcy Rule 9013-1 (c)(1).

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 5th day of February, 2020.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this motion was served by CM/ECF at the authorized address of: all creditors; Alejandro Oliveras Rivera, Esq., Chapter 13 Trustee; Jesús E. Batista Sánchez, Esq., debtors' attorney and to debtors by regular mail to the address of record: Urb. Villas de San Agustín, C-7 Ave. San Agustín, Bayamón, P.R. 00956, as per the attached *List of Creditors*.

//s// Maricarmen Colón Díaz
**MARICARMEN COLON DIAZ**, Esq.
Attorney for Movant - USDC 211410
MARIA M. BENABE RIVERA - USDC 208906
P.O. Box 9146, Santurce, P.R. 00908-0146
Centro de Servicios al Consumidor (248)
1130 Muñoz Rivera Ave., San Juan, P.R.
Tel. (787) 729-8135 / Fax (787) 729-8276
maricarmen.colon@firstbankpr.com

Label Matrix for local noticing
0104-3
Case 19-04547-BKT13
District of Puerto Rico
Old San Juan
Mon Sep 23 13:42:47 AST 2019

POPULAR AUTO, LLC
PO BOX 366818
SAN JUAN, PR 00936-6818

US Bankruptcy Court District of P.R.
Jose V Toledo Fed Bldg & US Courthouse
300 Recinto Sur Street, Room 109
San Juan, PR 00901-1964

AEELA
PO BOX 364508
SAN JUAN, PR 00936-4508

AEELA
PO BOX 70290
SAN JUAN, PR 00936-8290

AES/SLMA TRUST
PO BOX 61047
Harrisburg, PA 17106-1047

AUTORIDAD DE ACUEDUCTOS & ALCANTARILLADOS
PO BOX 70101
SAN JUAN, PR 00936-8101

AUTORIDAD DE ENERGIA ELECTRICA
PO BOX 10101
San Juan, PR 00936

BEST BUY/CBNA
PO BOX 6497
Sioux Falls, SD 57117-6497

COSTCO CITI CARD
PO BOX 9001016
LOUISVILLE, KY 40290-1016

DEPARTAMENTO DE HACIENDA DE PR
P.O. Box 9024140
San Juan, PR 00902-4140

DEPARTMENT OF EDUCATION NAVIENT
123 S Justison St Fl 3
Wilmington, DE 19801-5360

FIRST BANK
CONSUMER SERVICE CENTER
BANKRUPTCY DIVISION (CODE 248)
PO BOX 9146, SAN JUAN, PR 00908-0146

FIRST BANK OF PUERTO RICO
AVE. PONCE DE LEON 1519
SAN JUAN, PR 00908-0146

GOLDMAN SACHS BANK USA
PO BOX 45400
Salt Lake City, UT 84145-0400

GUBE COOP
PO Box 41235
SAN JUAN, PR 00940-1235

HOSPITAL HIMA-SAN PABLO
APARTADO 236
Bayamon, PR 00960-0236

JPMCB CARD SERVICES
PO BOX 15369
Wilmington, DE 19850-5369

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o National Bankruptcy Services, LLC
P.O. Box 9013
Addison, Texas 75001-9013

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o Robertson, Anschutz & Schneid, P.L.
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487-2853

LCDO. GUILLERMO A. BARALT MIRO
PO BOX 4980
Caguas, PR 00726-4980

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

MACYS/DSNB
PO BOX 8218
MASON, OH 45040-8218

ORIENTAL BANK TRUST
PO BOX 195115
San Juan, PR 00919-5115

PENTAGON FCU
PO BOX 456
Alexandria, VA 22313-0456

PHEAA
PO Box 8147
Harrisburg, PA 17105-8147

POPULAR AUTO
BANKRUPTCY DEPARTMENT
PO BOX 366818
SAN JUAN PUERTO RICO 00936-6818

PREPA - BANKRUPTCY OFFICE
PO BOX 364267
SAN JUAN PR 00936-4267

RAFAELA SANTIAGO CARRERAS
URB. VILLAS DE SAN AGUSTIN
C-7 AVE. SAN AGUSTIN
Bayamon, PR 00959-2037

SISTEMA DE RETIRO
PO Box 364508
San Juan, PR 00936-4508

| | | |
|---|---|---|
| SYNCB/JC PENNY MCC<br>PO BOX 956007<br>ORLANDO, FL 32896-0001 | SYNCB/SAMS DUAL CARD<br>P.O. Box 965005<br>ORLANDO, FL 32896-5005 | Synchrony Bank<br>c/o of PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| THE HOME DEPOT/CBNA<br>PO BOX 6497<br>SIUX FALLS, SD 57117-6497 | ALEJANDRO OLIVERAS RIVERA<br>ALEJANDRO OLIVERAS CHAPTER 13 TRUS<br>PO BOX 9024062<br>SAN JUAN, PR 00902-4062 | GIOVANNI MARIN IRIZARRY<br>URB VILLAS DE SAN AGUSTIN<br>C 7 AVE SAN AGUSTIN<br>BAYAMON, PR 00959-2037 |
| JESUS ENRIQUE BATISTA SANCHEZ<br>THE BATISTA LAW GROUP, PSC<br>P.O. Box 191059<br>SAN JUAN, PR 00919-1059 | MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET SUITE 301<br>SAN JUAN, PR 00901 | WALESKA OLIVO SANTIAGO<br>VILLAS SAN AGUSTIN<br>C7 AVE SAN AGUSTIN<br>BAYAMON, PR 00959-2037 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)POPULAR AUTO
PO BOX 366818
San Juan, PR 00936-6818

End of Label Matrix
Mailable recipients   38
Bypassed recipients    1
Total                 39