IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

GIOVANNI MARIN IRIZARRY

WALESKA OLIVO SANTIAGO

DEBTOR(S)

CASE NO.   19-04547-BKT

CHAPTER 13

**AMENDED DOCUMENT**

## TRUSTEE'S REPORT ON CONFIRMATION

1. The applicable commitment period is: 5 Years

2. The liquidation value of the estate is $: To be determined

3. The general unsecured pool is $: To be determined

AMENDED PLAN DATE:  January 30, 2020        PLAN BASE: $13,800.00

TRUSTEE'S COMMENTS AND RECOMENDATIONS DATED: 2/11/2020

[ ] FAVORABLE          [X] UNFAVORABLE

**1. [X] FAILS DISPOSABLE INCOME TEST § 1325(b)(1)(B):**

   a. Provide evidence for the following: * Optional telephones and telephone services in the amount of $60.00, SCMI line 23. * Continuing contributions to the care of household or family members in the amount of $150.00, SCMI line 26, not listed in Schedule J. * Additional food and clothing expenses in the amount of $45.00 SCMI line 30. c. Residential lease contract discloses that debtor will pay $55.00 for Homeowner's association or maintenance, however, Schedule J line 4c discloses a payment of $100.00.

**2. [X] FAILS LIQUIDATION VALUE TEST § 1325(a)(4):**

   Provide documentation regarding claim against AAA, claim for violation for FDCPA against Gube Coop, claim against Dr Elisabeth Pacheco and claim against HIMA in order to review values disclosed in Schedule A/B

   **[X] OTHER:**

   a. All debtor's income evidence is missing. Debtor only submitted a py stub for 2 -15-2019. b. Joint debtor's income evidence missing: All July. c. Unsecured -pool should be disclosed at part 5.1 box 1 of the plan.  d. Provide maturity date for retirement loan. e. Provide evidence of payment for vehicle's daughter in the amount of $200.00 monthly. Also, provide evidence of $350 for allowance for daughter. f Provide evidence of preferential payments to Coop Minillas (payroll deduction); Marcus Goldman (thru bank statements), Credit Cards - Sam's, JC Penny, Macys, 2 Chase, Pentagon, FirstBank. Provide paystubs and bank statements from April thru August 2019. Also,, Amend SOFA accordingly.  g. Amend SOFA to disclose adversary proceeding against Dra. Elizabeth Pacheco. Debtors alleges that adversary proceeding was filed on September 9, 2019 in the amount of $100,000.00 Amend SOFA and Schedule A/B" accordingly. h. Debtors alleged that they are legally married. A document that debtors were divorced was submitted to the Trustee. They alleges that they requested during the 30 days after the divorce judgement that the judgement be vacated. Provide evidence of State Court Resolution.

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

/s/ Pedro R Medina
Pedro R Medina

Atty: <u>JESUS ENRIQUE BATISTA</u>

USDC #226614
**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062
CMC - EN