# United States Bankruptcy Court

District of Puerto Rico

**In re** GIOVANNI MARIN IRIZARRY & WALESKA OLIVO SANTIAGO

Case No. _____

**Debtor**

Chapter __13__

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ FLAT FEE

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

    Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . . . $_____

    Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

☑ RETAINER

    For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . . $ 190.00

    The undersigned shall bill against the retainer at an hourly rate of . . . . . . . . . . . $ 250.00

    [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

    ☑ Debtor      ☐ Other (specify)

3. The source of compensation to be paid to me is:

    ☑ Debtor      ☐ Other (specify)

4. ☐ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☑ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5. In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

Case:19-04547-BKT13 Doc#:87-1 Filed:02/11/20 Entered:02/14/20 16:40:21 Desc:
Exhibit A - Disclosure Page 2 of 3
Case:19-04547-13 Doc#:1 Filed:06/09/19 Entered:06/09/19 13:24:21 Desc: Main
Document Page 74 of 75

B2030 (Form 2030) (12/15)

    d. [Other provisions as needed]

The fee agreement between THE BATISTA LAW GROUP, PSC and debtor(s) provides for fees to be billed at the standard rate of $250.00 per hour for services performed by Jesus E. Batista. Matters attended by associate attorneys will be charged at the rate of $200.00, and matters attended by paralegal staff and/or in-house accountant at the rate of $100.00 per hour. Expenses will be charged at their cost/price. The fees were collected by THE BATISTA LAW GROUP, PSC. and undersigned counsel has not been paid any of these fees.

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

This agreement does not include any work in local state courts, administrative court or any other forum other than the bankruptcy court.

# CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

08/09/2019

*Date*

/s/ Jesus Batista, 227014

*Signature of Attorney*

The Batista Law Group, PSC

*Name of law firm*

P.O. Box 191059
San Juan, PR 00918
787-620-2856
jeb@batistasanchez.com