# Jesus E. Batista, Esq.
420 Ponce De Leon Ave., Ste. 901; San Juan, PR 00918
(O) 787-620-2856 ~ (F) 787-6250259
*Jesus.batista@batistalawgroup.com*

---

## EDUCATION:

**Loyola University Chicago School of Law**, Chicago, Illinois.
Juris Doctorate, May 2004
- *Dean's List Honors*
- *Loyola Moot Court Team*
- *Cali Award Winner*, Excellence in Legal Writing

**Loyola University Graduate School of Business**, Chicago, Illinois.
Master of Business Administration, May 2000
*Specializations in Finance and International Business*

**Marquette University**, Milwaukee, Wisconsin.
Bachelor of Science in Business Administration, May 1995
*Finance specialization and Minor in Economics*

## LEGAL EXPERIENCE:

**The Batista Law Group, PSC** (formerly The Law Office of Jesus E. Batista)   January 2009 through Current
*Founder and Principal Attorney*
Responsible for a consumer law practice with an emphasis on consumer finance, federal lending, debt collection matters as well as federal banking regulatory matters. Representation of clients in the areas of bankruptcy (Chapters 11, 13 and 7), predatory lending, improper collection activity as well as credit reporting related issues.

**Barnes & Thornburg, LLP**, Chicago, Illinois.                              June 2003 to September 2005
*Attorney, Associate-Financial Institutions Group*
Represented commercial lenders and borrowers in connection with structured and securitized asset financings; loan restructurings; bankruptcy matters; and financial institutions in regulatory matters. Barnes & Thornburg is one of the 100 largest law firms in the country with over 600 attorneys in more than 50 practice and industry areas.

**United States Bankruptcy Court for the Northern District of Illinois**         August 2002 to May 2003
*Student Law Clerk For The Honorable Susan Pierson Sonderby*
Responsible for performing legal research, drafting memoranda and opinions as well as drafting orders.

**City of Chicago Office of Legal Counsel**                                  June 2002 to August 2002
*Summer Associate – Bond Counsel Division*
Performed legal research, drafted memorandas, reviewed, edited and commented on Bond Offering Prospectus drafted by outside counsel relative to debt offerings ("Bonds") offered by the City of Chicago.

## PUBLICATIONS, ARTICLES, AND OTHER WRITINGS:

Co-authored, American Bankruptcy Institute Preference Handbook – 2005 Edition. The ABI Preference Handbook covers the elements of a bankruptcy preference as well as the statutory exceptions and defenses.

Co-authored a Chapter on *Fundamentals of Bankruptcy Law*. STARTING POINTS: FUNDAMENTALS OF PRACTICE IN ILLINOIS, 2004.

Co-authored *Are All Creditor "Animals Equal"? Treatment of New Value Under § 547*. American Bankruptcy Institute Journal, April 2004. Article has been cited for its authoritative value by multiple bankruptcy courts.

Co-authored *Who's on First? The 8th Circuit Shines in on the Interplay of 'Circular Priority' and Bankruptcy Law*. American Bankruptcy Institute Journal, Winter 2003.

Co-authored *The Last Word on When a Dispute is Bona Fide!* Business Credit, May 2004 Vol 106 Issue 5, Pg 78

*Jesus E. Batista, Jr.*                                                                                                                    *Page 2*

## OTHER WORK EXPERIENCE

**Kasa Development Corporation**, Orlando, Florida.                            February 2006 to Present
*President & CEO*
Responsible for the day-to-day management of Kasa Development Corp., a development, management and consulting firm of high-end luxury homes in the Central Florida Region. Since inception, Kasa developed over $8.0 million dollars of luxury real estate. Additonally, Kasa combined the banking, legal, and real estate expertise of its Principals to provide consulting and management services to Latin American clients that sought to invest or develop personal luxury homes in the Central Florida Region. Kasa also provided ancillary real estate services such as: escrow closings and title insurance solutions through its wholly owned subsidiary, InsuredClose, real estate brokerage services, through Kasa Realty, and mortgage banking services, through Kasa Mortgage.

**North Shore Trust and Savings,** Waukegan, Illinois.                            October 1996 to May 2002
*Assistant Vice-President/General Manager,* January 2001 to May 2002
Co-managed the day-to-day operations of the mortgage banking division of North Shore Trust and Savings. Responsible for all aspects of financial reporting, operations management and personnel matters; directly reported on such matters to North Shore's Board of Directors on a quarterly basis. Contracted with multibillion-dollar financial institutions on investor/seller agreements to buy mortgage loans from North Shore Trust and Savings; ensured compliance with all federal regulations governing consumer credit, fair lending, and equal opportunity housing.

*Assistant Vice-President/Special Assignment,* January 2000 to January 2001
Led a fact-finding market analysis of the mortgage practices in Lake County, Illinois. Reported to North Shore's Board of Directors on the current state of the industry and North Shore's position amongst it. Authored a Business Plan for a new mortgage banking division to operate as a separate profit-center independent of North Shore Trust and Savings. Presented the Business Plan to Board of Directors and secured approval and start-up funding for the new division.

*Mortgage Loan Officer,*          October 1996 to December 2000
Responsible for originating FHA, VA, and Conventional loans. Represented North Shore Trust and Savings and its products in the community to improve and increase our community reinvestment initiatives. Serviced and managed a loan portfolio in accordance with Federal, investor, and institutional lending standards.

## LEADERSHIP EXPERIENCE:

Founding member of ***COPS (Council on Political Strategies)***. A group of young Hispanic professionals seeking to identify qualified Hispanics for nominations within government.

Board Member of the ***Puerto Rican Chamber of Commerce of Central Florida***.

Board Member (Former) of ***Loyola University Latino Alumni Board***. As a Student Board Member, represented the concerns and interests of Loyola's Latino law student population.

Advisor and Business Basics Instructor of ***Junior Achievement Program***.

Member of ***National Hispanic Bar Association***.

Member of ***National Society of Hispanic MBA's***.

## LANGUAGES:

Fluent in Spanish