IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN THE MATTER: | CASE NO.: 19-04547 (MCF) |
| GIOVANNI MARIN IRIZARRY<br>WALESKA OLIVO SANTIAGO<br>Debtor(s) | CHAPTER 13 |
| FIRSTBANK PUERTO RICO<br>First Leasing<br>Movant | (X) An action against the State under Title 11 USC §1307(c) (1) and §1307(c) (6), Title 11 USC §1326 |

**MOTION TO DISMISS**

TO THE HONORABLE COURT:

Comes now Movant, **FIRSTBANK PUERTO RICO: First Leasing**, through its undersigning attorney, and very respectfully ALLEGES, STATES and PRAYS:

1. This Honorable Court have jurisdiction under Title 28 USC §1334, and venue under Title 28 USC §1408, and particularly regarding this matter under Title 11 USC §1307(c) (1), (4) and (6), on Conversions and Dismissals, and Title 11 USC §1326, on Payments.

2. Debtor filed a bankruptcy case under chapter 13 back on August 9, 2019. See, Bkcy Dck 1.

3. MOVANT, standing to address this court is ascertained as filed a proof of claim to a personal lease for $45,047.00 under account no 1611. See, Clm. Reg. 4.

4. As of to April 15, 2020, and still on April 30, 2020, it appears that debtor(s) already have the following installments owed to the chapter 13 Trustee: $920.00, for FOUR (2) month in arrears. See, Exhibit A.

5. Under the terms of the proposed plan dated August 9, 2019 debtor(s) should have started to make continues payments since September 9, 2019, and as evidenced herein, the debtor(s) have failed to do so. See, Bkcy Dck 1 and 2.

6. Pursuant to the Service Members Civil Relief Act: - the data banks of the Department of the Defense Manpower Data Center confirmed that the debtor(s) is (are) not member(s) of the Uniformed Services (US Armed Forces, Navy, Marine Corps, Air Force, NOAA, Public Health, and Cost Guard.) See, Exhibit B and C.

For the reasons stated above, MOVANT respectfully request from this Court to enter an order dismissing the present case pursuant Title 11 USC §1307(c)(1) on *Unreasonable delay by debtor that is prejudicial to Creditors,* ~~(5) denial of confirmation of a plan under 1325 of this title and denial of a request made for additional time for filing another plan or a modification of a plan,~~ 11 USC §1326 (a) (1) *Unless the court orders otherwise, the debtor shall commence making the payments proposed by a plan within 30 days after the plan is filed, payments not later than 30 days after the date of the filing of the plan or the order for relief, whichever is earlier,* and ~~(6) on *Material default by the debtor with respect to a term of a confirmed plan,*~~ and ~~Title 11 USC~~

Case no. 19-04547 [BKT]
FIRSTBANK Puerto Rico
Page 2 of 2

2

~~§1324 (b) on hearing of confirmation that shall to be held not earlier than 20 days and not later than 45 days after the date of the meeting of creditors under section 341 (a)~~.

*The aforementioned request of dismissal is based on congressional intent to prevent bankruptcy abuse*

## NOTICE

Within thirty (30) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this motion has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, this motion will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.
Puerto Rico Local Bankruptcy Rule 9013-1(h)

## CERTIFICATE OF SERVICE

I hereby certify, that on this the same date a true and correct copy was sent by the CM/ECF Bankruptcy Court System at the authorized address on the docket: - Atty. Alejandro Oliveras Rivera, chapter 13 Trustee// Atty. José Carrión Morales, chapter 13 Trustee; to the attorney for the Debtors JESUS ENRIQUE BATISTA SANCHEZ; to the list of creditors, and by first class to the Debtor(s) at the address on record, GIOVANNI MARIN IRIZARRY & WALESKA OLIVO SANTIAGO, at URB. VILLAS DE SAN AGUSTIN, C 7 SAN AGUSTIN AVE., BAYAMON, PUERTO RICO 00956.

In San Juan, Puerto Rico, the 30th of April 2020

BY: /s/ María M. Benabe Rivera
María M. Benabe Rivera
Attorney for Movant - US - DC 208906
Maricarmen Colón Díaz – US – DC 211410
FIRSTBANK Puerto Rico
Centro de Servicios al Consumidor – Código 248
1130 Muñoz Rivera Ave., Rio Piedras, P R
PO Box 9146, San Juan, PR 00908-0146
maria.benabe@firstbankpr.com
(787)729-8135 / (787)729-8276 /

[Rev.04/2020]

# FirstBank

# Analysis Sheet to Determine Arrears to Trustee

| | | | |
|---|---|---|---|
| IN RE: | GIOVANNI MARIN IRIZARRY<br>WALESKA OLIVIO SANTIAGO | Case # | 19-04547 BKT |

| | |
|---|---|
| Date petition filed: | 9-Aug-19 |
| First payment due date: | 8-Sep-19 |
| According to Plan Dated on: | 30-Jan-20 |
| Monthly Payment of: | $ 230.00   $ -   $ -   $ -   $ - |
| Term: | 60    0    0    0    0 |
| Pass Term: | 8    0    0    0    0 |
| Should Have Paid In: | $ 1,840.00   $ -   $ -   $ -   $ - |
| Total Paid Into Plan: | $ 920.00   $ -   $ -   $ -   $ - |
| Amount in Arrears: | $ 920.00   $ -   $ -   $ -   $ - |
| Next payment date: | 8-May-20    (4 ATRASOS) |
| Refer for MTD on: | **REFER** |
| Printed On: | 15-Apr-20 |
| Prepared by: | *IRA* |
| Note: | |

**PRINT INQUIRY**     Close Window     Click Here to Print this Page

**19-04547-BKT**

| | | |
|---|---|---|
| GIOVANNI MARIN IRIZARRY | $230.00 MO | Bar Date(s): 10/18/2019 (has passed) 2/5/2020 (has passed) |
| WALESKA OLIVO SANTIAGO | | Confirmed: Not Confirmed |
| Trustee: ALEJANDRO OLIVERAS RIVERA | Attorney: JESUS ENRIQUE BATISTA SANCHEZ * | Case Status: ACTIVE |

### Debtor Pay Schedules

| Start Date | Number Periods | Amount | How Often | Who's Paying | Order Date | Action |
|---|---|---|---|---|---|---|
| 9/8/2019 | 60.00 | $230.00 | MONTHLY | GIOVANNI MARIN IRIZARRY | 8/13/2019 | |
| 9/8/2024 | end of plan | $0.00 | MONTHLY | GIOVANNI MARIN IRIZARRY | 8/13/2019 | |

### Forgive Information

| Date | Amount | Description |
|---|---|---|
| | | |

**Payments Expected for Step 1:**

| Period | Start Date | End Date | Payment Amount Expected | Total |
|---|---|---|---|---|
| 1 | 9/8/2019 | 10/7/2019 | $230.00 | $230.00 |
| 2 | 10/8/2019 | 11/7/2019 | $230.00 | $460.00 |
| 3 | 11/8/2019 | 12/7/2019 | $230.00 | $690.00 |
| 4 | 12/8/2019 | 1/7/2020 | $230.00 | $920.00 |
| 5 | 1/8/2020 | 2/7/2020 | $230.00 | $1,150.00 |
| 6 | 2/8/2020 | 3/7/2020 | $230.00 | $1,380.00 |
| 7 | 3/8/2020 | 4/7/2020 | $230.00 | $1,610.00 |
| 8 | 4/8/2020 | 5/7/2020 | $230.00 | $1,840.00 |
| 9 | 5/8/2020 | 6/7/2020 | $230.00 | $2,070.00 |
| 10 | 6/8/2020 | 7/7/2020 | $230.00 | $2,300.00 |
| 11 | 7/8/2020 | 8/7/2020 | $230.00 | $2,530.00 |
| 12 | 8/8/2020 | 9/7/2020 | $230.00 | $2,760.00 |
| 13 | 9/8/2020 | 10/7/2020 | $230.00 | $2,990.00 |
| 14 | 10/8/2020 | 11/7/2020 | $230.00 | $3,220.00 |
| 15 | 11/8/2020 | 12/7/2020 | $230.00 | $3,450.00 |
| 16 | 12/8/2020 | 1/7/2021 | $230.00 | $3,680.00 |
| 17 | 1/8/2021 | 2/7/2021 | $230.00 | $3,910.00 |
| 18 | 2/8/2021 | 3/7/2021 | $230.00 | $4,140.00 |
| 19 | 3/8/2021 | 4/7/2021 | $230.00 | $4,370.00 |
| 20 | 4/8/2021 | 5/7/2021 | $230.00 | $4,600.00 |
| 21 | 5/8/2021 | 6/7/2021 | $230.00 | $4,830.00 |
| 22 | 6/8/2021 | 7/7/2021 | $230.00 | $5,060.00 |
| 23 | 7/8/2021 | 8/7/2021 | $230.00 | $5,290.00 |
| 24 | 8/8/2021 | 9/7/2021 | $230.00 | $5,520.00 |
| 25 | 9/8/2021 | 10/7/2021 | $230.00 | $5,750.00 |
| 26 | 10/8/2021 | 11/7/2021 | $230.00 | $5,980.00 |
| 27 | 11/8/2021 | 12/7/2021 | $230.00 | $6,210.00 |
| 28 | 12/8/2021 | 1/7/2022 | $230.00 | $6,440.00 |
| 29 | 1/8/2022 | 2/7/2022 | $230.00 | $6,670.00 |
| 30 | 2/8/2022 | 3/7/2022 | $230.00 | $6,900.00 |
| 31 | 3/8/2022 | 4/7/2022 | $230.00 | $7,130.00 |
| Total | | | | $7,130.00 |

**Payments Expected for Step 2:**

| Period | Start Date | End Date | Payment Amount Expected | Total |
|---|---|---|---|---|
| 1 | 9/8/2024 | 10/7/2024 | $0.00 | $0.00 |
| Total | | | | $0.00 |

**Breakdown for Combined Schedules**

| Period | Date (Month/Year) | Payment Due | Payment Received | Forgive Amount | Amount Due |
|---|---|---|---|---|---|
| 1 | 9/2019 | $230.00 | $230.00 | | $0.00 |
| 2 | 10/2019 | $230.00 | $460.00 | | ($230.00) |
| 3 | 11/2019 | $230.00 | $230.00 | | ($230.00) |
| 4 | 12/2019 | $230.00 | | | $0.00 |
| 5 | 1/2020 | $230.00 | | | $230.00 |
| 6 | 2/2020 | $230.00 | | | $460.00 |
| 7 | 3/2020 | $230.00 | | | $690.00 |
| 8 | 4/2020 | $230.00 | | | $920.00 |

**Total Delinquent Amount: $920.00**





Department of Defense Manpower Data Center

Results as of : Apr-29-2020 04:40:44 PM

SCRA 5.4



**Status Report**
**Pursuant to Servicemembers Civil Relief Act**

| | |
|---|---|
| SSN: | XXX-XX-3849 |
| Birth Date: | Sep-XX-1970 |
| Last Name: | OLIVO SANTIAGO |
| First Name: | WALESKA |
| Middle Name: | NULL |
| Status As Of: | Apr-29-2020 |
| Certificate ID: | 9269665CC4SFL84 |

### On Active Duty On Active Duty Status Date

| Active Duty Start Date | Active Duty End Date | Status | Service Component |
|---|---|---|---|
| NA | NA | No | NA |

This response reflects the individuals' active duty status based on the Active Duty Status Date

### Left Active Duty Within 367 Days of Active Duty Status Date

| Active Duty Start Date | Active Duty End Date | Status | Service Component |
|---|---|---|---|
| NA | NA | No | NA |

This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date

### The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date

| Order Notification Start Date | Order Notification End Date | Status | Service Component |
|---|---|---|---|
| NA | NA | No | NA |

This response reflects whether the individual or his/her unit has received early notification to report for active duty

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

*Michael V. Sorrento*

Michael V. Sorrento, Director
Department of Defense - Manpower Data Center
400 Gigling Rd.
Seaside, CA 93955

Department of Defense Manpower Data Center

Results as of : Apr-29-2020 04:42:45 PM

SCRA 5.4



## Status Report
### Pursuant to Servicemembers Civil Relief Act

| | |
|---|---|
| SSN: | XXX-XX-0979 |
| Birth Date: | Aug-XX-1976 |
| Last Name: | MARIN IRIZARRY |
| First Name: | GIOCANNI |
| Middle Name: | NULL |
| Status As Of: | Apr-29-2020 |
| Certificate ID: | J3CRVLH1RDRXN49 |

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

*Michael V. Sorrento*

Michael V. Sorrento, Director
Department of Defense - Manpower Data Center
400 Gigling Rd.
Seaside, CA 93955

```
Label Matrix for local noticing          ECMC                                    FIRSTBANK PR
0104-3                                   PO BOX 16408                            PO BOX 9146
Case 19-04547-BKT13                      ST PAUL, MN 55116-0408                  SAN JUAN, PR 00908-0146
District of Puerto Rico
Old San Juan
Thu Apr 16 10:02:40 AST 2020

ORIENTAL BANK-AUTOS                      POPULAR AUTO, LLC                       US Bankruptcy Court District of P.R.
DE DIEGO LAW OFFICES, PSC                PO BOX 366818                           Jose V Toledo Fed Bldg & US Courthouse
PO BOX 79552                             SAN JUAN, PR 00936-6818                 300 Recinto Sur Street, Room 109
CAROLINA                                                                         San Juan, PR 00901-1964
CAROLINA, PR 00984-9552

AEELA                                    AEELA                                   AES/SLMA TRUST
PO BOX 364508                            PO BOX 70290                            PO BOX 61047
SAN JUAN, PR 00936-4508                  SAN JUAN, PR 00936-8290                 Harrisburg, PA 17106-1047


AUTORIDAD DE ACUEDUCTOS & ALCANTARILLADOS  AUTORIDAD DE ENERGIA ELECTRICA        BEST BUY/CBNA
PO BOX 70101                             PO BOX 10101                            PO BOX 6497
SAN JUAN, PR 00936-8101                  San Juan, PR 00936                      Sioux Falls, SD 57117-6497


CACH, LLC                                COSTCO CITI CARD                        Citibank, N.A.
Resurgent Capital Services               PO BOX 9001016                          5800 S Corporate Pl
PO Box 10587                             LOUISVILLE, KY 40290-1016               Sioux Falls, SD  57108-5027
Greenville, SC 29603-0587


DEPARTAMENTO DE HACIENDA DE PR           DEPARTMENT OF EDUCATION NAVIENT         FIRST BANK
P.O. Box 9024140                         123 S Justison St Fl 3                  CONSUMER SERVICE CENTER
San Juan, PR 00902-4140                  Wilmington, DE 19801-5360               BANKRUPTCY DIVISION (CODE 248)
                                                                                 PO BOX 9146,SAN JUAN,PR 00908-0146


FIRST BANK OF PUERTO RICO                GOLDMAN SACHS BANK USA                  GUBE COOP
AVE. PONCE DE LEON 1519                  PO BOX 45400                            PO Box 41235
SAN JUAN, PR 00908-0146                  Salt Lake City, UT 84145-0400           SAN JUAN, PR 00940-1235


HOSPITAL HIMA-SAN PABLO                  (p)JPMORGAN CHASE BANK N A              JPMorgan Chase Bank, N.A.
APARTADO 236                             BANKRUPTCY MAIL INTAKE TEAM             s/b/m/t Chase Bank USA, N.A.
Bayamon, PR 00960-0236                   700 KANSAS LANE FLOOR 01                c/o National Bankruptcy Services, LLC
                                         MONROE LA 71203-4774                    P.O. Box 9013
                                                                                 Addison, Texas 75001-9013


JPMorgan Chase Bank, N.A.                LCDO. GUILLERMO A. BARALT MIRO          LVNV Funding, LLC
s/b/m/t Chase Bank USA, N.A.             PO BOX 4980                             Resurgent Capital Services
c/o Robertson, Anschutz & Schneid, P.L.  Caguas, PR 00726-4980                   PO Box 10587
6409 Congress Avenue, Suite 100                                                  Greenville, SC 29603-0587
Boca Raton, FL 33487-2853


MACYS/DSNB                               Midland Credit Management, Inc.         ORIENTAL BANK TRUST
PO BOX 8218                              PO Box 2037                             PO BOX 195115
MASON, OH 45040-8218                     Warren, MI 48090-2037                   San Juan, PR 00919-5115
```