**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

| | |
|---|---|
| IN RE:<br><br>**GIOVANNI MARIN IRIZARRY**<br>aka GIOVANI MARIN, aka GIOVANNI MARIN<br>**WALESKA OLIVO SANTIAGO**<br>aka WALESKA OLIVO<br><br>xxx–xx–0979<br>xxx–xx–3849<br><br>Debtor(s) | Case No. **19–04547 BKT**<br><br>Chapter **13**<br><br>FILED & ENTERED ON 6/1/20 |

***ORDER***

The motion filed by Debtors requesting extension of time of 21 days to reply to Firstbank PR's Motion to Dismiss (docket #48) is hereby granted. Order due by June 22, 2020.

IT SO ORDERED.

In San Juan, Puerto Rico, this Monday, June 1, 2020 .

*/s/ Brian K. Tester*
Brian K. Tester
United States Bankruptcy Judge