# UNITED STATES BANKRUPTCY COURT FOR THE
# DISTRICT OF PUERTO RICO
## MINUTES OF HEARING

**Hearing Information**

| | | | |
|---|---|---|---|
| **Debtor(s):** | GIOVANNI MARIN IRIZARRY and WALESKA OLIVO SANTIAGO | **Case Number:** | 19-04547-BKT13 |
| | | **Chapter:** | 13 |
| **Date / Time / Room:** | 05/28/2020 at 2:00 PM | **Courtroom:** | Skype Business Video & Audio Conferencing |
| **Bankruptcy Judge:** | Hon. BRIAN K. TESTER | **Reporter/ECR:** | MARIA TERESA FRONTERA |
| **Courtroom deputy:** | CARMEN BELEN FIGUEROA | | |

**Matter:**

Confirmation Hearing    Objection to Confirmation of Plan filed by Firstbank PR (docket #32)

**Appearances:**

☐ Debtor
☒ Debtor's Attorney
☒ Trustee: Elvis Cortes
☒ Creditors/Others: M. Benabe-FirstBank PR-First Leasing

**Proceedings and ORDER:**

☐ Plan Dated _____ (Dkt. #____) is CONFIRMED (separate order to be entered).

☒ Plan Dated 1/30/2020 (Dkt. #29) is NOT CONFIRMED. LBR 3015-3 applies. Extended to 21 days [Due by: 6/18/2020]. If an amended plan is filed within the due date that is favorably recommended by the Trustee and with no objection filed, the amended plan will be confirmed without a further hearing. However, if unfavorably recommended and/or an objection is filed, a new confirmation hearing will be scheduled.

☐ Favorably recommended in open Court.   ☐ Attorney's Fees: $3,000.00 or Other: $ _____.

☐ The amended plan dated _____ (Dkt. #_____) is confirmed, but the entry of the order is held until the time to file objections to the Application for Compensation filed at docket #_____ has elapsed. If no opposition is filed, the application will be approved and the order confirming plan will be entered.

☐ Plan dated _____ (Dkt. #_____) is confirmed, if no objections filed within the 21 days objection period. Clerk to follow-up.

☐ Trustee is allowed 21 days to recommend plan dated _____ (Dkt. #_____). If favorably recommended and no objections filed, the plan will be confirmed without further notice or hearing. Otherwise, a new confirmation hearing will be scheduled. Clerk to follow-up.

☐ Motion dismiss filed by _____ (Dkt. # _____) is: ☐ Granted ☐ Denied ☐ Withdrawn ☐ Moot.

☐ Debtor[s]' request for conversion to Chapter 7 is hereby granted. ☐ The $25.00 conversion fee shall be paid to the Clerk from the funds held by the Chapter 13 trustee.

☐ Debtor[s]' request for dismissal of the instant case is hereby granted.

☐ Confirmation Hearing is continued to:
Deadline to Object to Confirmation of the Plan: L.B.R.3015-3.

☐ Other:

/S/ BRIAN K. TESTER
U.S. Bankruptcy Judge