IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 19-04547-BKT13 |
| GIOVANNI MARIN IRIZARRY | Chapter 13 |
| WALESKA OLIVO SANTIAGO | |
| xx-xx-0979 | |
| xx-xx-3849 | |
| Debtor(s) | FILED & ENTERED ON JUN/19/2020 |

ORDER DISMISSING CASE

On May 28, 2020, the Court denied confirmation of debtor(s)' Chapter 13 Plan. More than fourteen (14) days have elapsed and the debtor(s) has/have not filed a modified plan, moved for the conversion of the case, filed a motion for reconsideration or appealed the denial of confirmation. Accordingly, pursuant to Local Bankruptcy Rule 3015-3(g), it is now

ORDERED that the instant case be and it hereby is dismissed and the Clerk to close any contested matter or adversary proceeding pending in the instant case; and it is further

ORDERED that the Chapter 13 trustee file a final report and account within thirty (30) days from entry of this order, due by July 20, 2020

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 19 day of June, 2020.

Brian K. Tester
United States Bankruptcy Judge