**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF PUERTO RICO**

In re:  Case No. 19-04547-BKT

GIOVANNI MARIN IRIZARRY  Chapter 13
WALESKA OLIVO SANTIAGO

Debtors
_____/

### DEBTOR'S MOTION FOR RECONSIDERATION OF ORDER DISMISSING CASE DOCKET #53

**COMES NOW, DEBTOR**(S), represented by undersigned counsel, and very respectfully alleges and prays as follows:

1. On April 30, 2019 (Doc #44), the trustee filed a Motion to Dismiss, (the "Motion") alleging that Debtor has failed to make plan payments.

2. Regrettably, and due to a calendaring issue at Undersigned's Counsel's Office, the Debtor failed to file a timely respond to the Motion. Accordingly, on June 19, 2020 (Doc #53) this Honorable Court entered an Order Dismissing the instant Chapter 13 case.

3. The Order Dismissing the Case, however, should be reconsidered for at least two reasons.

4. First, the Order Dismissing the Case should be reconsidered because it was, in large part, due to excusable neglect. Specifically, due to the mis-calendaring of the response time to the Motion to Dismiss, the same went unanswered.

5. Second, the Motion should be reconsidered because the underlying reason for the motion, i.e., the plan payments were paid. Specifically, Debtor made a payment in the amount of 345.00 corresponding to the months of May and June bringing the account current. See, **Exhibits A and B.**

6. Therefore, Debtor respectfully moves this Honorable Court to reconsider the Order Dismissing the Case.

**WHEREFORE,** Debtor hereby respectfully requests that this Honorable Court grant this Motion as requested and set aside the Order Dismissing the Case at Docket #53.

**14 DAY NOTICE TO ALL CREDITORS AND PARTIES IN INTEREST, y**ou are hereby notified that you have thirty (14) days from the date of this notice to file an opposition to the foregoing motion and to request a hearing. If no objection or other response is filed within the prescribed period of time, the Debtors motion will be deemed unopposed and may be granted unless: (1) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (3) in the opinion of the court, the interest of justice requires otherwise. If a timely opposition is filed, the court will schedule a hearing as a contested matter.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date the foregoing motion was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants, the USA Trustee and the Chapter 13 Trustee.

**RESPECTFULLY SUBMITTED**

In San Juan, Puerto Rico this 1st day of July 2020

**THE BATISTA LAW GROUP, PSC.**
Jesus E. Batista Sánchez, Esq.
Counsel for Debtor
PO BOX 191059
SAN JUAN PR 00919
Telephone: (787) 620-2856
Facsimile: (787) 777-1589
E-mail: jeb@batistasanchez.com
/s/ Jesus E. Batista Sánchez, Esq.
USDC-PR No. 227014

EXHIBIT A

**PRINT INQUIRY**    Close Window    Click Here to Print this Page 

| 19-04547-BKT | GIOVANNI MARIN IRIZARRY | | $230.00 MO | Bar Date(s): | 10/18/2019 (has passed) 2/5/2020 (has passed) |
|---|---|---|---|---|---|
| | WALESKA OLIVO SANTIAGO | | | Confirmed: | Not Confirmed |
| | Trustee: ALEJANDRO OLIVERAS RIVERA | Attorney: JESUS ENRIQUE BATISTA SANCHEZ * | | Case Status: | ACTIVE (6/19/2020) |

## Debtor Pay Schedules

| Start Date | Number Periods | Amount | How Often | Who's Paying | Order Date | Action |
|---|---|---|---|---|---|---|
| 9/8/2019 | 60.00 | $230.00 | MONTHLY | GIOVANNI MARIN IRIZARRY | 8/13/2019 | |
| 9/8/2024 | end of plan | $0.00 | MONTHLY | GIOVANNI MARIN IRIZARRY | 8/13/2019 | |

**Forgive Information**

| Date | Amount | Description |
|---|---|---|
| | | |

Payments Expected for Step 1:

| Period | Start Date | End Date | Payment Amount Expected | Total |
|---|---|---|---|---|
| 1 | 9/8/2019 | 10/7/2019 | $230.00 | $230.00 |
| 2 | 10/8/2019 | 11/7/2019 | $230.00 | $460.00 |
| 3 | 11/8/2019 | 12/7/2019 | $230.00 | $690.00 |
| 4 | 12/8/2019 | 1/7/2020 | $230.00 | $920.00 |
| 5 | 1/8/2020 | 2/7/2020 | $230.00 | $1,150.00 |
| 6 | 2/8/2020 | 3/7/2020 | $230.00 | $1,380.00 |
| 7 | 3/8/2020 | 4/7/2020 | $230.00 | $1,610.00 |
| 8 | 4/8/2020 | 5/7/2020 | $230.00 | $1,840.00 |
| 9 | 5/8/2020 | 6/7/2020 | $230.00 | $2,070.00 |
| Total | | | | **$2,070.00** |

Payments Expected for Step 2:

| Period | Start Date | End Date | Payment Amount Expected | Total |
|---|---|---|---|---|
| 1 | 9/8/2024 | 10/7/2024 | $0.00 | $0.00 |
| Total | | | | **$0.00** |

Breakdown for Combined Schedules

| Period | Date (Month/Year) | Payment Due | Payment Received | Forgive Amount | Amount Due |
|---|---|---|---|---|---|
| 1 | 9/2019 | $230.00 | $230.00 | | $0.00 |
| 2 | 10/2019 | $230.00 | $460.00 | | ($230.00) |
| 3 | 11/2019 | $230.00 | $230.00 | | ($230.00) |
| 4 | 12/2019 | $230.00 | | | $0.00 |
| 5 | 1/2020 | $230.00 | | | $230.00 |
| 6 | 2/2020 | $230.00 | | | $460.00 |
| 7 | 3/2020 | $230.00 | | | $690.00 |
| 8 | 4/2020 | $230.00 | | | $920.00 |
| 9 | 5/2020 | $230.00 | $690.00 | | $460.00 |
| 10 | (Closed: 6/20) 6/2020 | $230.00 | $345.00 | | $345.00 |
| 11 | (Closed: 6/20) 7/2020 | | | | $345.00 |

**Total Delinquent Amount: $345.00**



Reference Number: b3edf879bf46494

Hello, Waleska Olivo

We would like to let you know that **Capitulo 13 Alejandro Oliveras** has received your payment.

Payment Details

| Case Number | Payment Description | Amount |
|---|---|---|
| 1904547 | ACH | $345.00 |
| **Transaction Date** | **Authorization Number** | **Payment Method** |
| 7/1/2020 10:13:24 AM | 399805 | PERSONAL CHECKING (xxxxx8617) |

This is your receipt. Your payment will be processed during the next five (5) working days.

Sincerely,
**Capitulo 13 Alejandro Oliveras**