## IN THE UNITED STATES BANKRUPTCY COURT
### District of Puerto Rico

IN RE:

**GIOVANNI MARIN IRIZARRY**
**aka GIOVANI MARIN, aka GIOVANNI MARIN**
**WALESKA OLIVO SANTIAGO**
**aka WALESKA OLIVO**

**xxx–xx–0979**
**xxx–xx–3849**

Debtor(s)

Case No. **19–04547 BKT**

Chapter **13**

FILED & ENTERED ON 7/20/20

### *ORDER GRANTING RECONSIDERATION*

Upon debtor's (s') request for reconsideration of the order dismissing the instant case (docket entry #55), due notice having been given, there being no opposition and good cause appearing thereof, the motion is granted. The Order Dismissing the Case is vacated and set aside.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Monday, July 20, 2020 .

Brian K. Tester
United States Bankruptcy Judge