IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 19-04547-BKT13 |
| GIOVANNI MARIN IRIZARRY | Chapter 13 |
| WALESKA OLIVO SANTIAGO | |
| xx-xx-0979 | |
| xx-xx-3849 | |
| Debtors | FILED & ENTERED ON JUL/21/2020 |

ORDER AND NOTICE

The hearing on confirmation is scheduled for September 24, 2020 at 9:00 AM, via Skype for Business Video & Audio Conferencing and/or Telephonic Hearings. All parties that wish to appear at the Skype for Business hearing must familiarize themselves and follow the Procedures for Remote Appearances, found on the homepage of our Website at prb.uscourts.gov.

A timely objection to the confirmation of the plan, must be filed in accordance with P.R. LBR 3015-3.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 21 day of July, 2020.

Brian K. Tester
United States Bankruptcy Judge