# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

In re:

GIOVANNI MARIN IRIZARRY
WALESKA OLIVO SANTIAGO

Debtor

Case No. 19-04547-BKT

Chapter 13

## MOTION TO INFORM

**TO THE HONORABLE COURT:**

**COMES NOW** Debtor, represented by undersigned counsel, and very respectfully alleges and prays as follows:

1. The Debtor hereby informs this Honorable Court that, on this date the following documents were sent to the Trustee: **Evidence of Paystubs and Bank Statements for Debtor and Joint Debtor, Evidence of State Court Resolution regarding Divorce, please see attachment.**

**WHEREFORE,** Debtor respectfully requests from this Honorable Court to take notice of the above stated.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date, I electronically filed the above document with the Clerk of the Court using the CM/ECF system, which will send notification, upon information and belief, of such filing to the following: CHAPTER 13 TRUSTEE AND THE UNITED STATES TRUSTEE and to all CM/ECF participants.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico this 21st day of September 2020

**THE BATISTA LAW GROUP, PSC.**
P.O. Box 191059
San Juan, PR. 00919
Telephone: (787) 620-2856
Facsimile: (787) 777-1589
E-mail: wrv@batistasanchez.com
Counsel for Debtor
/s/ William Rivera Vélez
William Rivera Vélez, USDC # 229408

# Welcome JESUS ENRIQUE BATISTA SANCHEZ

Step 3 Selection of Title

| | ID | Case Number | Uploaded Date | Original Name | Description | Status |
|---|---|---|---|---|---|---|
| | 137246 | 1904547 | 9/21/2020 4:49:13 PM | WaleskaOlivoSantiago-BankStatements-Jan-August2019.pdf | Letters General-UDP | Complete |
| | 137247 | 1904547 | 9/21/2020 4:49:15 PM | GiovanniMarinIrizarry-BankstatementsJan-July2019.pdf | Letters General-UDP | Complete |
| | 137248 | 1904547 | 9/21/2020 4:49:18 PM | EvidenceofStateCourtResolutionforDivorce-GiovanniMarinIrizarry.pdf | Local Court Motions-UDP | Complete |
| | 137249 | 1904547 | 9/21/2020 4:49:29 PM | WaleskaOlivo-Jan-August2019Paystubs.pdf | Payment Stubs-UDP | Complete |
| | 137250 | 1904547 | 9/21/2020 4:49:31 PM | GiovanniMarinIrizarry-Feb-July152019Paystubs.pdf | Payment Stubs-UDP | Complete |