# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>GIOVANNI MARIN IRIZARRY<br>WALESKA OLIVO SANTIAGO<br><br><br>Debtors | Case No. 19-04547<br>Chapter 13 |

### MOTION REQUESTING CONTINUANCE OF THE CONFIRMATION HEARING

**TO THE HONORABLE COURT**:

    **COMES NOW** Debtors, represented by the undersigned counsel and respectfully ALLEGES and PRAYS as follows:

    1. A Hearing on Confirmation is scheduled in the instant case for September 24, 2020. *See*, Dk. #60.

    2. The Debtors, however, understand that this case will not be ready for confirmation.

    3. Accordingly, the Debtors respectfully request for the continuance of the confirmation hearing scheduled for September 24, 2020 to a later available date.

    **WHEREFORE,** for the reasons stated above, Debtors respectfully pray from this Court to continue the confirmation hearing scheduled for September 24, 2020 to a later available date.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date, I electronically filed the above document with the Clerk of the Court using the CM/ECF system, which will send notification, upon information and belief, of such filing to the following: CHAPTER 13 TRUSTEE AND THE UNITED STATES TRUSTEE and to all CM/ECF participants. We also certify that this same date we have mailed by United States Postal Service the document to all creditors and parties in interest that they are not CM/ECF participants.

    **RESPECTFULLY SUBMITTED**.
In San Juan, Puerto Rico this 22nd day of September 2020.

    **THE BATISTA LAW GROUP, PSC.**
P.O. Box 191059
San Juan, PR. 00919
Telephone: (787) 620-2856
Facsimile: (787) 777-1589
Counsel for Debtor

/s/ William Rivera Vélez
William Rivera Vélez, USDC # 229408
E-mail: wrv@batistasanchez.com