IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

GIOVANNI MARIN IRIZARRY

WALESKA OLIVO SANTIAGO

    DEBTOR(S)

CASE NO. 19-04547-BKT

CHAPTER 13

**\*\*AMENDED DOCUMENT\*\***

## TRUSTEE'S REPORT ON CONFIRMATION

1. The applicable commitment period (years) is: 5

2. The liquidation value of the estate is :$ To be determined

3. The general unsecured pool is :$ To be determined

AMENDED PLAN DATE: August 24, 2020    PLAN BASE: $13,800.00

TRUSTEE'S COMMENTS AND RECOMENDATIONS DATED: 9/23/2020

[ ] FAVORABLE    [X] UNFAVORABLE

**1. [X] FAILS DISPOSABLE INCOME TEST § 1325(b)(1)(B):**

a. Provide evidence for the following deductions claimed in form 122 C-2 (SCMI): "Optional telephones and telephone services in the amount of $60.00, SCMI line 23."; "Continuing contributions to the care of household or family members in the amount of $150.00, SCMI line 26, not listed in Schedule J."

**2. [X] FAILS LIQUIDATION VALUE TEST § 1325(a)(4):**

Provide documentation regarding claim against AAA, claim for violation for FDCPA against Gube Coop, claim against Dr Elisabeth Pacheco and claim against HIMA in order to review values disclosed in Schedule A/B.

**[X] OTHER:**

a. Unsecured-pool should be disclosed at part 5.1 box 1 of the plan, at this point in time it is to be determined in light of the documentation to sustain expenses claimed. b. Provide maturity date for retirement loan. c. Provide evidence of payment for vehicle's daughter in the amount of $200.00 monthly. (Provide maturity date) d. Also, provide evidence of $350 for allowance for daughter. e. Provide evidence of preferential payments to Coop Minillas (payroll deduction); Marcus Goldman (thru bank statements), Credit Cards - Sam's, JC Penny, Macys, 2 Chase, Pentagon, FirstBank. Provide bank statements from April thru August 2019. Also, Amend SOFA accordingly. f. Amend SOFA to disclose adversary proceeding against Dra. Elizabeth Pacheco. Debtors alleged that a proceeding was filed on September 9, 2019 in the amount of $100,000.00, debtors have not provided documentation. Also, amend SOFA and Schedule A/B" accordingly. g. Pending objection to confirmation filed by FirstBank.

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

/s/ Pedro R Medina
Pedro R Medina

Atty: <u>JESUS ENRIQUE BATISTA</u>

USDC #226614
**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062
CMC - EN