**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

| | |
|---|---|
| IN RE:<br><br>**GIOVANNI MARIN IRIZARRY**<br>aka GIOVANI MARIN, aka GIOVANNI MARIN<br>**WALESKA OLIVO SANTIAGO**<br>aka WALESKA OLIVO<br><br>xxx–xx–0979<br>xxx–xx–3849<br><br><br>Debtor(s) | Case No. **19–04547 BKT**<br><br>Chapter **13**<br><br><br>FILED & ENTERED ON 9/29/20 |

***ORDER***

The motion filed by Firstbank Puerto Rico: First Leasing withdrawing its request for entry of an order to deem the lease rejected (docket #71) is hereby granted .

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Tuesday, September 29, 2020 .

Brian K. Tester
United States Bankruptcy Judge