# UNITED STATES BANKRUPTCY COURT FOR THE
# DISTRICT OF PUERTO RICO
## MINUTES OF HEARING

### Hearing Information

| | | | |
|---|---|---|---|
| **Debtor(s):** | GIOVANNI MARIN IRIZARRY and WALESKA OLIVO SANTIAGO | **Case Number:** | 19-04547-BKT13 |
| | | **Chapter:** | 13 |
| **Date / Time / Room:** | 11/12/2020 at 9:00 AM | **Courtroom:** | Skype Business Audio and/or Telephonic Hearing |
| **Bankruptcy Judge:** | Hon. BRIAN K. TESTER | **Reporter/ECR:** | EDNA L SANABRIA LEBRON |
| **Courtroom deputy:** | CARMEN BELEN FIGUEROA | | |

### Matter:

Confirmation Hearing  Firstbank's Motion requesting entry of order for Objection to confirmation (docket no. 16) to remain in abeyance (docket #66)

### Appearances:

☐ Debtor ☒ Trustee: Alejandro Oliveras

☒ Debtor's Attorney ☒ Creditors/Others: M. Benabe-Firstbank PR

### Proceedings and ORDER:

☐ Plan Dated _____ (Dkt. #____) is CONFIRMED (separate order to be entered).

☐ Plan Dated _____ (Dkt. #____) is NOT CONFIRMED. LBR 3015-3 applies. Extended to ____days [Due by: _____].

☐ Favorably recommended in open Court.  ☐ Attorney's Fees: $3,000.00 or Other: $ _____.

☐ The Clerk is to follow-up on the Plan dated _____ (Dkt. #_____).

☐ Trustee is allowed 30 days to recommend the plan dated _____ (Dkt. #_____). Clerk is to follow-up.

☐ Motion dismiss filed by _____ (Dkt. # _____) is: ☐ Granted ☐ Denied ☐ Withdrawn ☐ Moot.

☐ Debtor[s]' request for conversion to Chapter 7 is hereby granted. ☐ The $25.00 conversion fee shall be paid to the Clerk from the funds held by the Chapter 13 trustee.

☐ Debtor[s]' request for dismissal of the instant case is hereby granted.

☐ Confirmation Hearing is continued WITHOUT A DATE.

☒ Other: The Clerk is to follow-up on Firstbank PR's motion to dismiss (docket #78).

/S/ BRIAN K. TESTER
U.S. Bankruptcy Judge