**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

IN RE:

**GIOVANNI MARIN IRIZARRY**
aka GIOVANI MARIN, aka GIOVANNI MARIN
**WALESKA OLIVO SANTIAGO**
aka WALESKA OLIVO

xxx–xx–0979
xxx–xx–3849

Debtor(s)

Case No. **19–04547 ESL**

Chapter **13**

FILED & ENTERED ON 12/14/20

### *ORDER DISMISSING CASE*

The motion to dismiss filed by Firstbank Puerto Rico (docket #78) having been duly notified to all parties in interest, and no replies having been filed, it is now

ORDERED that the instant case be and is hereby dismissed for the reasons stated in the motion to dismiss; and it is further

ORDERED that, upon the dismissal of a chapter 13 case wherein a chapter 13 plan has not been confirmed, the court shall retain jurisdiction to resolve any request for administrative expenses under 11 U.S.C. § 503(b) filed with the clerk within twenty–one (21) days after the order of dismissal becomes final and unappealable; and it is further

ORDERED that the Clerk closes any contested matter or adversary proceeding pending in the instant case.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Monday, December 14, 2020 .

Enrique S. Lamoutte
United States Bankruptcy Judge